# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR BERNAL,<br>　　　　　Petitioner,<br>　　v.<br>TIMOTHY E. BUSBY, Warden,<br>　　　　　Respondent. | Case No. ED CV 09-1974 SVW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 4, 2011

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE